

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORA BENOZA,<br>   Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>   Defendant, | NO. 5:95-cv-20597-JW<br><br>[~~PROPOSED~~] ORDER |

  Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying her application for benefits.  On August 14, 1996, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six for further administrative proceedings to consider new and material evidence.  On remand, in a decision dated February 6, 1997, the Commissioner issued a partially favorable decision awarding Plaintiff benefits.

//

//

1     The Court orders as follows:

2     **IT IS ORDERED** that Judgment is hereby entered in favor of Plaintiff,
3 affirming the February 6, 1997, post-remand, final decision of the Commissioner
4 of Social Security.

7 Date: August 3, 2009

                                 THE HONORABLE JAMES WARE
8                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORA BENOZA, ) | NO. 5:95-cv-20597-JW |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| Defendant, ) | |
| _____) | |

IT IS HEREBY ADJUDGED that the decision of Defendant, the Commissioner of Social Security, awarding Plaintiff disability benefits, is affirmed.

Date: August 3, 2009

_____
THE HONORABLE JAMES WARE
United States District Judge